**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01279-CV

### IN RE BOBBY GENE WOFFORD, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1053505-U**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. Although we have considered relator's petition for writ of mandamus without filing of the required number of copies, we **DENY** as moot relator's motion to file a single copy of his petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DAVID L. BRIDGES
        JUSTICE